UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FERNANDO CONTRERAS,

      Plaintiff,

vs.                                    Case No. 8:12-cv-01874-T-27TBM

WINN-DIXIE STORES,

      Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 3) of the Magistrate Judge recommending that Plaintiff's construed Motion to Proceed *In Forma Pauperis* (Dkt. 2) be denied without prejudice and that the Court direct Plaintiff to file an Amended Complaint consistent with the pleading requirements of the Federal Rules of Civil Procedure. Plaintiff did not object to the Report and Recommendation, and the time for filing such objections has elapsed. After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    Plaintiff's construed Motion to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED** without prejudice.

(3)    Plaintiff is directed to file an Amended Complaint consistent with the requirements of the Federal Rules of Civil Procedure within **twenty (20) days** from the date of this Order. **Failure**

of Plaintiff to timely file an Amended Complaint will result in dismissal of this action without further notice.

**DONE AND ORDERED** on this __18th__ day of September, 2012.

									_____
									JAMES D. WHITTEMORE
									United States District Judge

Copies to:
*Pro Se* Plaintiff